■ HANI FAKHOURI, Appellant, v VASSAR BROTHERS HOSPITAL et al., Respondents. [633 NYS2d 986] —Appeal by the plaintiff from an order of the Supreme Court, Dutchess County (Hillery, J.), entered July 7, 1994.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Hillery at the Supreme Court. Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.